# UNITED STATES DISTRICT COURT
## for the

### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CHARLES EDWARD COFFEY | ) | Case No: 5:98CR192-3 |
| | ) | USM No: 13674-058 |
| Date of Previous Judgment: August 20, 1999 | ) | Tanzania C. Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❑ DENIED. ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __235__ months **is reduced to** __188 months__ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: __35__ | | Amended Offense Level: __33__ | | |
| Criminal History Category: __IV__ | | Criminal History Category: __IV__ | | |
| Previous Guideline Range: __235__ to __293__ months | | Amended Guideline Range: __188__ to __235__ months | | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

■ The reduced sentence is within the amended guideline range.

❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❑ Other (explain):

## III. ADDITIONAL COMMENTS

Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer.

Except as provided above, all provisions of the judgment dated __August 20, 1999,__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: __April 17, 2009__

Effective Date: _____
  (if different from order date)

Richard L. Voorhees
United States District Judge